# Court of Appeals
# of the State of Georgia

ATLANTA,  September 13, 2018

*The Court of Appeals hereby passes the following order:*

## A19A0251.  R. JAY LAGROON v. JOHN W. DUNSMORE, JR.

This case began as an action for damages in magistrate court.  Following an adverse ruling in that court, plaintiff R. Jay Lagroon appealed to the superior court, which granted defendant John Dunsmore, Jr.'s motions to dismiss and for summary judgment.  Lagroon then appealed directly to this Court.  We lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by certiorari or de novo proceedings must be initiated by filing an application for discretionary appeal.  OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003).  "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).  Lagroon's failure to follow the proper procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.  See *Bullock*, 260 Ga. App. at 875.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/13/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*